ACCEPTED
14-14-00984-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 11:07:21 AM
CHRISTOPHER PRINE
CLERK

No. 14-14-00984-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 11:07:21 AM
CHRISTOPHER A. PRINE
Clerk

IN THE INTEREST OF R.N.Y., Child

L.T.L.Y., Appellant

v.

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
Appellee

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2013-06634J

## _APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TARDY BRIEF_

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

L.T.L.Y., appellant, files her first unopposed motion for extension of time to file her tardy brief to February 20, 2015 and in support thereof respectfully shows:

1. This is an accelerated appeal and appellant's brief was due on January 19, 2015. The decree terminating appellant's parental rights was signed on January 5, 2015.

2. Good cause exists to grant this motion. Appellant was found to be indigent and counsel was appointed to represent her in the trial court proceedings. The undersigned attorney was appointed to represent her on appeal on January 8, 2015.

3. On January 22, 2015 counsel spoke with Rene, an assistant clerk of the Court of Appeals, and learned for the first time that appellant filed a premature pro se notice of appeal on December 11, 2014. Contemporaneously with the filing of this motion counsel is filing an amended notice of appeal with the order appointing appellate counsel attached.

4. This extension is not sought for the purposes of delay but rather so that the ends of justice may be served.

WHEREFORE, L.T.L.Y., appellant, prays that this motion be granted and that the time to file her brief be extended to Friday, February 20, 2015.

Respectfully submitted,

/s/ william m thursland

_____

William M. Thursland
TBN: 20016200
440 Louisiana St., Ste. 1130
Houston, TX 77002
Email: wmthursland@hotmail.com
(713) 655-0200 x 105; Fax: (713) 655-9035

Attorney for Appellant, L.T.L.Y.

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), I certify that appellee's counsel, Sandra D. Hachem, is unopposed to this motion.

/s/ william m thursland
_____
William M. Thursland

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served on Sandra D. Hachem by electronic delivery or by fax to: (713) 437-4700 on January 23, 2015.

/s/ william m thursland
_____
William M. Thursland

# WILLIAM M. THURSLAND
Attorney At Law
440 Louisiana St., Ste. 1130
Houston, TX 77002

Tel: (713) 655-0200 x 105          Fax: (713) 655-9035

January 23, 2015

Ms. Phyllis Washington, Deputy Clerk
Civil Post-Judgment
201 Caroline, Ste. 250
Houston, TX 77002

Re: No. 2013-06634J; *In the Interest of R.N.Y.*, 314th District
Clerk; COA no.: 14-14-00984-CV

Dear Ms. Washington:

Please find enclosed the *Amended Notice of Appeal* with the attached *Order Appointing Appellate Counsel and Confirming that Respondent is Indigent* in the referenced case. Pursuant to TRAP 34.5(b) & (c), I request that you supplement the clerk's record by filing both the notice and order with the Court of Appeals.

Thanks you for your attention & co-operation in this matter.

Sincerely,

/s/ william m thursland

William M. Thursland

WMT:aa
Encl.

cc: Sandra D. Hachem
     Clerk, 14th Ct. of Appeals